IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:14-CR-06 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **NNAMDI IHEZUO,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 9th day of December, 2016, upon consideration of the motion (Doc. 246) filed *pro se* by defendant Nnamdi Ihezuo ("Ihezuo"), requesting that the court reconsider and reduce the sentence imposed on March 4, 2016, and the court noting that Ihezuo fails to cite legal authority in support of his request for relief, (see id.), but observing that the motion does not take the form required by the Local Rules of Court to be construed as a request to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, see LOCAL RULE OF COURT 83.32.1; R. GOVERNING § 2255 CASES R. 2(c), and further observing that courts are limited in their ability to reduce, convert, or modify a sentence once imposed, and are authorized statutorily to do so only in narrow circumstances, see, e.g., 18 U.S.C. §§ 3582(c), 3742(f)-(g); FED. R. CRIM. P. 35(a)-(b); see also 18 U.S.C. § 3582(b), and that, other than broadly requesting a reduction of his sentence of imprisonment, Ihezuo identifies neither circumstances nor authority supporting the requested reduction, it is hereby ORDERED that Ihezuo's motion (Doc. 246) for sentence reconsideration is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania